606 A.2d 896

**In re Nomination Petition of Luis CRUZ, Jr., Candidate for Representative, 180th Legislative District, Maria Garcia and Nanette Acosta.**

**Appeal of Luis CRUZ, Jr.**

**No. 31 M.D. Appeal Dkt. 1992, 97 M.D. 1992.**

Supreme Court of Pennsylvania.

April 27, 1992.

ORDER

PER CURIAM:

AND NOW, this 27th day of April, 1992, jurisdiction is noted and the order of the Commonwealth Court dated April 8, 1992, is affirmed.